IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RYAN BROWN,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Indictment and Counts One, Seven and Eight of Superseding Indictment [Docket No. 311]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Indictment and Counts One, Seven and Eight of Superseding Indictment [Docket No. 311] is granted. The Indictment and Counts One, Seven, and Eight of the Superseding Indictment are dismissed as to defendant Ryan Brown only.

DATED ~~February~~ March 3, 2016.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge